■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMEIK HENRY, Appellant. [696 NYS2d 406] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered April 14, 1997, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree, and sentencing him to a term of 1 year, unanimously affirmed.

We find no reason to disturb Supreme Court's exercise of discretion denying youthful offender treatment (see, CPL 720.10 [3] [i]). Concur—Ellerin, P. J., Rosenberger, Nardelli, Mazzarelli and Andrias, JJ.